RECEIVED
IN LAKE CHARLES, LA

FEB 13 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF SOUTH LOUISIANA CEMENT, INC. AS BAREBOAT CHARTERER OF BARGES LTD 148, LTD 217, LTD 239, LTD 121, AND LTD 404 PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | : | DOCKET NO. 03 CV 0778 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that Equipment Chartering's Motion for Summary Judgment [doc. 41] be GRANTED.

Lake Charles, Louisiana, this 13 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT