RECEIVED
IN LAKE CHARLES, LA

MAR 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF SOUTH LOUISIANA CEMENT, INC. | : | DOCKET NO. 03 CV 0778 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Having considered Equipment Chartering Company, Inc.'s Motion for Designation as Final Judgment [doc. # 100] and finding same to be in accordance with applicable law and in the interests of justice,

IT IS ORDERED that Equipment Chartering Company, Inc.'s Motion for Designation as Final Judgment be GRANTED.

FURTHER, finding no just reason for delay, in accordance with Rules 54, 58, and 59, as well as all other applicable rules of the Federal Rules of Civil Procedure and Local Rules, the judgment entered on February 13, 2005 [doc. # 99] is designated as a final judgment.

Lake Charles, Louisiana, this _28_ day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE