**RECEIVED**
IN LAKE CHARLES, LA

OCT 26 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SOUTH LOUISIANA CEMENT, INC. AS BAREBOAT CHARTERER OF BARGES LTD 148, LTD 217, LTD 239, LTD 121 AND LTD 404 PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 03-0778 LC<br><br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims herein and this entire action be and is hereby dismissed with full prejudice, with each party to bear their own costs.

Lake Charles, Louisiana; this 25 day of Oct, 2006.

JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA